UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:17-cr-22 |
| v. | ) | |
| | ) | Judge McDonough/Steger |
| HEBERTO DIAZ MONDRAGON | ) | |

## **REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on May 3, 2017. At the hearing, Defendant entered a plea of guilty to the sole count in the Indictment in exchange for the undertakings made by the Government in the written Plea Agreement [Doc. 13] and Plea Agreement Supplement [Doc. 14] (hereinafter "Plea Agreement"). On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises, apart from the promises in the Plea Agreement; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact.

I therefore recommend that Defendant's plea of guilty to the Indictment be accepted; the Court adjudicate Defendant guilty of the charge set forth in the Indictment; and the written Plea Agreement be accepted at the time of sentencing. I further recommend that Defendant remain in custody pending sentencing in this matter or further order of the Court. Acceptance of the plea, adjudication of guilt, acceptance of the Plea Agreement, and imposition of sentence are specifically reserved for the District Court Judge.

The Defendant's sentencing hearing is scheduled on **August 11, 2017, at 9:00 a.m**.

1

**ENTER.**

                s/*Christopher H. Steger*
                UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

  You have the right to *de novo* review by the district judge of the foregoing findings. Any application for review must be in writing; must specify the portions of the findings or proceedings objected to; and must be filed and served no later than fourteen (14) days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).