UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:17-cr-22 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| HERBERTO DIAZ MONDRAGON ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

On May 4, 2017, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending that: (a) the Court accept Defendant's plea of guilty to the charge in the Indictment; (b) the Court adjudicate Defendant guilty of the charge set forth in the Indictment; and (c) Defendant remain in custody pending sentencing in this matter or further order of the Court. (Doc. 17.) Neither party filed an objection within the allotted fourteen-day period. After reviewing the record, the Court agrees with Judge Steger's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (Doc. 17) pursuant to 28 U.S.C. § 636(b)(1). It is therefore **ORDERED** that:

1. Defendant's plea of guilty to the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charge set forth in the Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **August 11, 2017**, at **9:00 a.m.** or further order of the Court.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**